## G. G. Houston v. G. O. Avery.

### No. 2300. Decided April 23, 1913.

Error to the Court of Civil Appeals, Second District, in an appeal from Ward County.

Judgment herein was affirmed, following the rulings in Houston v. Koonce, ante, the opinion not to be officially reported.